

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JM:MPC
                                    *271 Cadman Plaza East*
                                    *Brooklyn, New York 11201*

                                    November 9, 2010

By ECF

The Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:   Request from Bermuda to the United States for the
                      Extradition of Jahmel Glen BLAKENEY
                      Criminal Docket No. M-10-635 (SMG)

Dear Judge Gold:

        The government respectfully submits this letter in
response to the Court's directive to supply a Certificate of
Extraditabilty in the above captioned matter.  I have yet to
receive the Certificate and respectfully request an extension
until November 18, 2010 to provide the Court with the requested
document.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

                By:  /s/ Michael P. Canty
                     Michael P. Canty
                     Assistant United States Attorney
                     (718) 254-6032

cc:  Michael Schneider, Esq.
     Federal Defenders of New York, Inc.
     1 Pierrepont Plaza, 16th floor
     Brooklyn, NY 11201