UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE EXTRADITION )   No. 10 M 635
                                 )   Hon. Steven M. Gold
            OF                   )
                                 )
JAHMEL GLEN BLAKENEY             )

**CERTIFICATION OF EXTRADITABILITY**
**AND**
<u>**ORDER OF COMMITMENT**</u>

The Court has received the complaint filed on June 7, 2010, by Michael P. Canty, Assistant United States Attorney for the Eastern District of New York, for and on behalf of the Government of Bermuda (the "Requesting State"), pursuant to that Government's request for the extradition of JAHMEL GLEN BLAKENEY.

On November 1, 2010, the Court found that there was probable cause to believe that JAHMEL GLEN BLAKENEY committed the offenses of Attempted Murder (two counts), the charges for which extradition is sought.

In as much as JAHMEL GLEN BLAKENEY has conceded that he is the individual for whom extradition was requested, and that this Court has found probable cause to believe he committed that crimes for which extradition is sought, that Court finds on the basis of the record herein that:

1.  The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. The Court has personal jurisdiction over JAHMEL GLEN BLAKENEY and subject matter jurisdiction over the case;

3. There is currently in force an extradition treaty between the Government of the United States and the Government of the United Kingdom of Great Britain and Northern Ireland which has been adopted by the government of Bermuda, an overseas territory of the United Kingdom, namely the 1977 Treaty and the 1986 Supplementary Treaty;

4. JAHMEL GLEN BLAKENEY has been charged with having committed, in the jurisdiction of the Requesting State, the crime of Attempted Murder (two counts) in violation of Section 289(a) of the Bermuda Criminal Code Act of 1907;

5. These charges constitute extraditable offenses within the meaning of Article III of the Treaty;

6. The Requesting State seeks the extradition of JAHMEL GLEN BLAKENEY for trial on these offenses; and

7. The Court has found that there is probable cause to believe that JAHMEL GLEN BLAKENEY committed the offenses for which extradition is sought.

Based on the foregoing findings, the Court concludes that JAHMEL GLEN BLAKENEY is extraditable for the offenses for which extradition is requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS FURTHER ORDERED that the United States Attorney for

this judicial district forward a certified copy of the Certification of Extradictabilty and the executed Memorandum and Order of the Court to the Secretary of State (to the attention of the Legal Advisor) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for appropriate disposition.

    IT IS FURTHER ORDERED that JAHMEL GLEN BLAKENEY be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and the arrival of agents of the Requesting State, at which time JAHMEL GLEN BLAKENEY, together with any evidence seized incidental to his arrest, will be transferred to the custody of the agents of the Requesting State at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Bermuda to be transported to Bermuda.

SO ORDERED.

Dated:    November \_\_\_\_, 2010
            Brooklyn, New York

                                              HONORABLE STEVEN M. GOLD
                                              UNITED STATES MAGISTRATE JUDGE